# COMPLAINT

DCTN: _____
Lockup No: _____
Case No: _____

District of Columbia ss:

Defendant's Name: Charles Vincent Esteves     25052714
(First) (MI) (Last) (PDID) (CCNO)

Also Known As: _____

Address: ▮▮▮▮▮▮▮▮, MANGILAO, GUAM

On or about March 23, 2025, within the District of Columbia, CHARLES VINCENT ESTEVES unlawfully assaulted and threatened ▮▮▮▮▮▮▮▮ in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

Affiant's Name: Arroyo, Robert

Subscribed and sworn to before me this 1st day of May ~~April~~, 2025

(Judge) (Deputy Clerk)

## WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for Charles Vincent Esteves
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued May 1, 2025

Judge - Superior Court of the District of Columbia

Title 16: ☐    Rule 105: ☐    Judge: DAYSON

**GOVERNMENT EXHIBIT 1**

| Sex: Male | DOB: ▮▮/1983 | CCN: 25052714 | PDID: |
|---|---|---|---|
| Papering Officer: Arroyo (3d) | | | Badge No.: |

OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: |
|---|---|
| AUSA Signature: | Fel. I ☐   AFTC ☐   Fel. II ☐ |

Case 1:25-mj-00057    Document 1-1    Filed 05/17/25    Page 1 of 4

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:** 2025 CRWSLD 001909

| DEFENDANT'S NAME: Esteves, Charles Vincent | DOB: ▮83 | PDID: | FBI NUMBER: | CCN: 25052714 |
|---|---|---|---|---|

| NICKNAME: | ALIASES: |
|---|---|

| SEX: M | RACE: Chamorro | HEIGHT: 5'9 | WEIGHT: 180 | EYES: Brown | HAIR: Black | COMPL: Light | SCARS, MARKS, TATTOOS: |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME AND/OR BUSINESS ADDRESS: ▮ Mangilao, Guam 96913 | TELEPHONE NUMBER: ▮-4821 |
|---|---|

| COMPLAINANT'S NAME: ▮ |
|---|

| OFFENSE LOCATION: 1919 Connecticut Ave NW, Washington, DC 20009 |
|---|

| DATE(S) OF OFFENSE(S): March 23, 2025 | TIME(S) OF OFFENSE(S): 0300 |
|---|---|

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

The following statements are for the sole purpose of establishing probable cause to support an Affidavit in Support of an Arrest Warrant and do not represent the totality of the facts and circumstances known to the affiant. Your affiant, Detective Arroyo of the Metropolitan Police Department's District Investigation Division in the District of Columbia, has investigated the following:

On Sunday, March 23, 2025, at approximately 0300 hours, the victim and the defendant were inside the victim's hotel room at the Washington Hilton, located at 1919 Connecticut Ave NW, Washington, DC 20009. The defendant became upset with the victim, who was lying on the bed. He straddled her, pulled her hair, and placed both hands around her neck, squeezing and leaving visible marks. The defendant eventually stopped, then urinated on the bed and the victim's clothing from her luggage. During the incident, he also made threats to kill the victim's family.

On Friday, April 11, 2025, at approximately 1715 hours, the victim visited the Third District Police Station to report the incident. She stated that she had flown back to Washington, D.C., with her mother and son to file the police report.

Your affiant, assist with the investigation and conducted an interview with the victim. The victim stated that she and the defendant, her now ex-boyfriend and the father of her seven-month-old child, had been in an on-and-off relationship for five years, traveled to D.C. for a conference that was later canceled. The victim and defendant booked a room at the Washington Hilton for the weekend.

Prior to the offense, they had a verbal argument when the victim became suspicious of the suspect's secretive behavior with his phone. As a result, she booked a separate room in the same hotel.

On the evening of March 22, 2025, the victim and defendant had dinner reservations at a restaurant. The victim invited the defendant to join her, which he did. She reported that the defendant was drinking that

| AUSA: _RM_ | Affiant: _RA_ | Judge: ▮ | Page 1 of 3 |
|---|---|---|---|

NCIC APPROVED-P

*A·A*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| USW NO.: | | | | |
|---|---|---|---|---|
| DEFENDANT'S NAME: Esteves, Charles Vincent | DOB: ▮83 | PDID: | FBI NUMBER: | CCN: 25052714 |

night, and out of concern for his safety, she ensured he returned to the hotel. When they returned the victim and defendant went to the victim's room and spent the night together.

At approximately 0300 hours on March 23, 2025, while in bed, the victim and defendant had a conversation during which she mentioned occasionally faking orgasms. This angered the defendant, who while yelling at the victim, straddled her as she was laying down on her back on the bed. The defendant then began to pull her hair, and placed both hands around her neck, and began to choke the victim causing minor pain and redness.

The victim began recording the incident on her phone, hiding it under the bed, and later provided the video to detectives. She stated that the defendant continued yelling, threatened to kill her family, and attempted to damage the room, though she prevented significant destruction. The defendant also urinated on the bed and her clothing.

Detectives reviewed the video recorded by the victim. In the recording, the victim is heard asking the suspect, "Why did you pull my hair? Why did you slap me?" and repeatedly telling the defendant to stop. The defendant is heard asking, "Why do you have to fake fucking cum?" The victim also says, "You are hurting me, stop hurting me," to which the defendant responds, "I don't fucking care."

The victim provided a color photocopy of the suspect's Guam driver's license, identifying the Defendant as Charles Vincent Esteves. She also stated that the defendant is a Lieutenant Colonel in the U.S. Army National Guard. Both the victim and defendant are residents of Guam.

## Conclusion

Based upon the above facts and circumstances, the below-signed affiant believes that probable cause exists and respectfully requests that an arrest warrant be issued for Charles Vincent Esteves, a Chamorro male with a date of birth of ▮1983. All events occurred within the District of Columbia.

Based on the facts set forth above involving an intrafamily (DV) offense, good cause is presumed that this misdemeanor warrant is extraditable pursuant to D.C. Code Section 23-563(b).

AUSA: _RM_
NCIC APPROVED-P

Affiant: _RA_

Judge: _[signature]_

Page 2 of 3

A.A

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| USW NO.: | |
|---|---|

| DEFENDANT'S NAME: Esteves, Charles Vincent | DOB: ▇▇83 | PDID: | FBI NUMBER: | CCN: 25052714 |
|---|---|---|---|---|

| PLEASE ISSUE A WARRANT FOR: | AFFIANT'S SIGNATURE: |
|---|---|
| CHARLES VINCENT ESTEVES | Arroyo, Robert    Badge  1372 |
| **CHARGED WITH:** SIMPLE ASSAULT (DV) | SUBSCRIBED AND SWORN BEFORE ME THIS 1st DAY OF May, 2025. |
| **PROSECUTOR'S SIGNATURE:** Rikki McCoy, AUSA    4/28/2025 ~~Choose a prosecutor.~~ | **JUDGE'S SIGNATURE:** JUDGE  DAYSON SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

AUSA: _RM_    Affiant: _RA_    Judge: _____    Page 3 of 3

NCIC APPROVED-P

A.A